IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2008

Charles R. Fulbruge III
Clerk

No. 07-40467
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

SEVERO SERNA

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:06-CR-526-6

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Severo Serna has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Serna has filed a response. The record is insufficiently developed to allow consideration at this time of Serna's claims of ineffective assistance of counsel; such claims generally "cannot be resolved on direct appeal when [they have] not been raised before the district court since no opportunity existed to

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

develop the record on the merits of the allegations." See United States v. Cantwell, 470 F.3d 1087, 1091 (5th Cir. 2006) (internal quotation marks omitted). Our independent review of the record, counsel's brief, and Serna's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.